**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-24214-BB**

**PEDRO DURANGO,**

Plaintiff,

v.

**TRANS UNION LLC,**
*ET AL.*,

**Defendants.**

_______________________________________/

**JOINT NOTICE OF SETTLEMENT REGARDING**
**TRANS UNION LLC, ONLY**

Plaintiff Pedro Durango ("Plaintiff") and Defendant Trans Union LLC submit this Joint Notice of Settlement and state that Plaintiff and Trans Union LLC have reached a settlement with regard to the claims between Plaintiff and Trans Union LLC and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the appropriate dismissal documents will be filed with the Court.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

DATED: August 26, 2026

Respectfully Submitted,

/s/ Talal Rashid
**Talal Rashid, ESQ.**
Florida Bar No. 1010307
E-mail:Talal@pzlg.legal
Patti Zabaleta Law Group
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Phone: 305-332-6201

*COUNSEL FOR PLAINTIFF*

/s/ Charlotte A. Long
**CHARLOTTE A. LONG, ESQ.**
Florida Bar No. 112517
E-mail: Charlotte.Long@transunion.com
TRANS UNION, LLC
555 W. Adams Street
Chicago, IL 60661
Phone: 469-578-1464

*COUNSEL FOR TRANS UNION LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 26, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Talal Rashid
**TALAL RASHID, ESQ.**
Florida Bar No. 1010307